## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| **TONI TAYLOR, et al.,** | ) |
| **Plaintiff,** | ) |
| | )   **4:13-CV-1480** |
| v. | ) |
| | ) |
| **BOARD OF POLICE COMMISSIONERS,** | ) |
| **et al.** | ) |
| | ) |
| **Defendants.** | ) |

### NOTICEOF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiffs, by and through undersigned counsel and hereby file their notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41.

Respectfully submitted,

BOSLEY AND ASSOCIATES, L.L.C.

By:     /s/ Daniel R. Brown
Freeman R. Bosley, Jr., 29341MO
Daniel R .Brown, 59749MO – Of Counsel
611 North 10th Street, Suite 300
St. Louis, Missouri 63101
(314) 621-1744 – Phone
(314) 621-1752 – Facsimile
Email:   bosleyllc@sbcglobal.net
*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2013 the foregoing was filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon counsel for Defendats

    /s/ Daniel R. Brown